IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KATHERINE BARTOL,          :
   Plaintiff               :
                                    :          **No. 1:21-cv-00180**
   v.                     :
                                      :          **(Judge Kane)**
DAUPHIN COUNTY d/b/a DAUPHIN :
COUNTY JUDICIAL CENTER       :
BOOKING FACILITY PRISON, et al., :
   Defendants              :

## ORDER

    **AND NOW**, on this 27th day of June 2022, upon consideration of the motion to dismiss

filed by Defendants Andrew Burkins and Scott Grieb ("Moving Defendants") (Doc. No. 35), as

well as Plaintiff Katherine Bartol ("Plaintiff")'s motion for leave to file a surreply (Doc. No. 40),

and in accordance with the Memorandum entered concurrently with this Order, **IT IS**

**ORDERED THAT**:

   1.  The Moving Defendants' motion to dismiss (Doc. No. 35) is **GRANTED IN PART** as
       follows:

      a.  Count I of Plaintiff's amended complaint, to the extent Plaintiff asserts a procedural
         due process claim pursuant to 42 U.S.C. § 1983, is **DISMISSED WITH**
         **PREJUDICE**;

      b.  Count II of Plaintiff's amended complaint, asserting a Fourth Amendment equal
         protection claim pursuant to 42 U.S.C. § 1983, is **DISMISSED WITHOUT**
         **PREJUDICE**.  Plaintiff may file a second amended complaint, within thirty (30)
         days of the date of this Order, and only as to Count II of her amended complaint,
         correcting the pleading deficiencies identified in the Memorandum issued
         concurrently with this Order;

      c.  Count IV of Plaintiff's amended complaint, asserting a conspiracy claim pursuant to
         42 U.S.C. § 1985, is **DISMISSED WITH PREJUDICE**;[1]

---

[1] The counts that remain as against the Moving Defendants are Count I (to the extent Plaintiff
asserts violations of her substantive due process rights) and Counts III, VI, and VII.  Count V
asserts claims against Dauphin County only.

d.  The Moving Defendants' motion to dismiss is denied in all other respects.  The
counts that remain as against the Moving Defendants are Count I (to the extent
Plaintiff asserts violations of her <u>substantive</u> due process rights) and Counts III, VI,
and VII; and

2.  Plaintiff's motion for leave to file a surreply (Doc. No. 40) is **DENIED**.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania